UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ARMON NOORI, individually, | Case No. 2:25-cv-02463-ART-EJY |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO** |
| TESLA GENERAL INSURANCE, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **DISMISS WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and the parties above-named, by and through their respective counsel of record, that that above-entitled matter be dismissed with prejudice. Each party will be their own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No. 2:25-cv-02463-ART-EJY

IT IS RESPECTFULLY SUBMITTED, AGREED, AND STIPULATED.

Dated: __2 | 10 |__, 2026                    Dated: ___February 10___, 2026

FRIEDMAN INJURY LAW                    McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP

By:_____          By:___/s/ Renee M. Maxfield Bace____

BLAKE S. FRIEDMAN, ESQ.               RENEE M. MAXFIELD BACE, ESQ.
Nevada Bar No. 13485                     Nevada Bar No. 12814
KEVIN M. RATH, ESQ.                      STACY NORRIS, ESQ.
Nevada Bar No. 16305                     Nevada Bar No. 15445
375 N. Stephanie Street, Suite 1411      7160 Rafael Rivera Way, Suite 320
Henderson, Nevada 89014                 Las Vegas, Nevada 89113
*Attorneys for Plaintiff*                    *Attorneys for Defendant Tesla General
                                                        Insurance*

## ORDER

**IT IS SO ORDERED.**

DATED this 11th day of February, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

12361661.1